# MANDATE

D. Conn.
11-cv-1387
Kravitz, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of April, two thousand twelve.

Present:
    Dennis Jacobs,
      *Chief Judge,*
    Amalya L. Kearse,
    Peter W. Hall,
      *Circuit Judges*.

Andrew Chien,

      *Plaintiff-Appellant*,
  v.                11-4666-cv (L),
                  11-5049-cv (Con)

Skystar Bio Pharmaceutical Co., *et al*.,

      *Defendants-Appellees*.

Appellees Skystar Bio Pharmaceutical Co., Scott Cramer, Steve Lowe, David Wassung, Weibing Lu, Weinberg & Company, P.A., Crowe Horwath LLP, Richardson & Patel, Keven K. Leung, and Judy M. Borrelli move to dismiss Appellant Andrew Chien's consolidated appeals as frivolous, and to impose leave-to-file sanctions against Chien. Upon due consideration, it is hereby ORDERED that the motions to dismiss the appeal are construed as motions for summary affirmance, and, as construed, are GRANTED. There are no non-frivolous challenges to the district court's judgment or post-judgment sanctions order.

It is further ORDERED that the motions to impose sanctions are DENIED. Chien is hereby warned that the continued filing of duplicative, vexatious, or frivolous appeals regarding issues already resolved by this Court may result in the imposition of sanctions, including a leave-to-file sanction

SAO-ARW

requiring Chien to obtain permission from this Court prior to filing further submissions in this Court. *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993); *Sassower v. Sansverie*, 885 F.2d 9, 10 (2d Cir. 1989).

FOR THE COURT:<br>
Catherine O'Hagan Wolfe, Clerk

SAO-ARW

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit